IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN
DIVISION

CIVIL ACTION NO: 3:16-cv-00794-DPJ-FKB

**Abby Robinson, Individually, et al, New England Contractors**          **PLAINTIFFS**

**V.**

**Bridgewater Owners Association, Inc. et al**          **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, LaJuanda Griffin, counsel for ABBY ROBINSON, Individually, et al New England Contractors, Plaintiffs in the above styled and numbered Cause, move pursuant to L.U.COV.R. 83.1(b)(3) and other applicable authority, to allow LaJuanda Griffin to withdraw as counsel of notice and record as I am no longer with the firm and my representation would cause a conflict of interest.

**RESPECTFULLY SUBMITTED,**

This, the 16th day of August, 2017

**Prepared By:** _____
/s/Lajuanda Griffin (MBN 104675)
BY: ABBY ROBINSON LAW FIRM PLLC.
 Abby Robinson (MBN)105157
530 GOERGE STREET SUITE 200
JACKSON, MISSISSIPPI 39202

# CERTIFICATE OF SERVICE

I, LaJuanda Griffin of Abby Robinson Law Firm, attorney for the Plaintiffs, do herby certify that I have this day electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the Court's electronic filing system (ECF) which sent notification of such filing to all attorney of record for the Plaintiff.


/s/ LAJUANDA GRIFFIN (MBN 104675)

ABBY ROBINSON
530 GEORGE STREET SUITE 200
JACKSON, MISSISSIPPI 39202
Ph. 601-321-9343
Fax. 601-487-6326
E-mail: abby@askabbylaw.com
alternate email: arobinsonlawfirm@yahoo.com

SIMON & TEEUWISSEN, PLLC
621 East Northside Drive
Jackson, MS 39206
601-366-8400
Fax: 601-366-2292
Email: adwoodard@bellsouth.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Anthony R. Simon Plaintiffs Attorney
621 East Northside Drive.
Jackson, MS 39206
601-366-8400
Fax: 601-366-2292
Email: anthonysimonpllc@bellsouth.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Glenn F. Beckham Defendants Attorney Lead Attorney UPSHAW, WILLIAMS, BIGGERS &
BECKHAM, LLP-Greenwood
P.O. DRAWER 8230 309 Fulton street 38930
Greenwood, MS 38935-8230
662-455-1613
Email: gbeckham@ushawwilliams.com
Attorney to be noticed

Alexander F. Guidry
MOCKBEE, HALL & DRAKE, PA
Capital Towers Building, Suite 1820
125 South Congress Street
Jackson, MS 39201
601-353-0035
Fax: 601-353-0045
 Email: agudry@mhdlaw.com
Attorney to be noticed