UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ABBY ROBINSON, INDIVIDUALLY
AND D/B/A NEW ENGLAND
CONTRACTORS, LLC                                                          PLAINTIFF

v.                                                     CIVIL ACTION NO. 3:16-cv-794-DPJ-FKB

BRIDGEWATER OWNERS
ASSOCIATION, INC., MIKE
ROSENTHAL AND JOHN/JANE
DOES 1-5                                                                  DEFENDANT

## ORDER

Before the Court is Plaintiff Abby Robinson's Motion for Sanctions [111]. Robinson requests that the Court award her attorney's fees for having to file a response to Defendants' Motion to Compel [101]. The Court denied Defendants' Motion to Compel without prejudice on December 20, 2018. Robinson filed her response on December 29, 2018. As Defendants' motion had already been denied, Robinson was not required to file a response. Accordingly, her Motion for Sanctions [111] is denied.

SO ORDERED, this the 8th day of January, 2019.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE