UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ABBY ROBINSON, INDIVIDUALLY AND
D/B/A NEW ENGLAND CONTRACTORS, LLC                                               PLAINTIFF

V.                                                                CIVIL ACTION NO. 3:16cv794-DPJ-FKB

BRIDGEWATER OWNERS ASSOCIATION, INC., ET AL.                        DEFENDANTS

FINAL JUDGMENT

For the reasons given in the Order granting Defendants' Motion for Summary Judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendants and against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**SO ORDERED AND ADJUDGED** this the 31st day of July, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE